UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**DONALD WYATT,**                                **CASE NO. 1:13-cv-028**

    Petitioner,                                **Judge Timothy S. Black**
                                                                **Magistrate Judge Stephanie K. Bowman**

    **-vs-**

**WARDEN, Warren Correctional
Institution,**

    Respondent.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendations (Doc. 11) of the United States Magistrate Judge is **ADOPTED**; that the Respondent's Motion to Dismiss (Doc. 9) is **GRANTED;** that the Petitioner's Petition (Doc. 1) is **DISMISSED** with prejudice; any certificate of appealability under 28 U.S.C. § 2253(c); would be **DENIED**; any appeal would not be take in good faith and any request for leave to appeal *in forma pauperis* would be **DENIED**; and the case is **TERMINATED** on the docket of this Court.

Date: December 6, 2013                                            **JOHN P. HEHMAN, CLERK**
                                                                                               By: s/ M. Rogers
                                                                                               Deputy Clerk